United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-10261-amc
Terracino M King  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 2
Date Rcvd: May 05, 2022   Form ID: pdf900   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2022:**

**Recip ID   Recipient Name and Address**
db   + Terracino M King, 857 N Camac Street, Philadelphia, PA 19123-1811

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2022   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2022 at the address(es) listed below:

**Name**   **Email Address**
BRAD J. SADEK
   on behalf of Debtor Terracino M King brad@sadeklaw.com
   bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

DANIEL P. JONES
   on behalf of Creditor M&T BANK djones@sterneisenberg.com   bkecf@sterneisenberg.com

MICHAEL ADAM COHEN
   on behalf of Debtor Terracino M King mcohen1@temple.edu

REBECCA ANN SOLARZ
   on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Bayview Financial Mortgage Pass-Through Trust 2005-D, Mortgage Pass-Through Cer bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
   ECFMail@ReadingCh13.com

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: May 05, 2022 Form ID: pdf900 Total Noticed: 1

United States Trustee
                      USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Terracino M. King a/k/a Tina King f/k/a Tina Caldwell<br>        Debtor(s) | CHAPTER 13 |
| U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Bayview Financial Mortgage Pass-Through Trust 2005-D, Mortgage Pass-Through Certificates, Series 2005-D<br>        Movant<br>vs.| NO. 20-10261 AMC<br><br>11 U.S.C. Section 362 |
| Terracino M. King a/k/a Tina King f/k/a Tina Caldwell<br>        Debtor(s) | |
| Scott F. Waterman<br>        Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$1,604.95,** which breaks down as follows;

Post-Petition Payments:    May 1, 2022 at $566.95/month
Fees & Costs Relating to Motion: $1,038.00
**Total Post-Petition Arrears**   $1,604.95

2. The Debtor(s) shall cure said arrearages in the following manner;

a). Beginning on June 1, 2022 and continuing through November 1, 2022, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$566.95** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$267.49** beginning June 2022 through October 2022 and $267.50 for November 2022 towards the arrearages on or before the last day of each month at the address below;

        M&T Bank
        P.O. Box 1288
       Buffalo, NY 14240-1288

b). Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:  __April 28, 2022__        By: /s/ *Rebecca A. Solarz, Esquire*
                                 Attorney for Movant

Date: 5/3/22                     _____
                                 Brad J. Sadek Esq.
                                 Attorney for Debtor(s)

Date: 05/04/2022                                   /s/ Ann E. Swartz, Esquire for
                                                   Scott F. Waterman Esq.
                                                   Chapter 13 Trustee

Approved by the Court this _____ day of _____, 2022. However, the court retains discretion regarding entry of any further order.

**Date: May 5, 2022**                              _____
                                                   Bankruptcy Judge
                                                   Ashely M. Chan