| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 20-10261-AMC**

Terracino M King
857 N Camac Street
Philadelphia  PA    19123

Petition Filed Date: 01/15/2020
341 Hearing Date: 02/21/2020
Confirmation Date: 09/23/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/20/2021 | $301.00 | | 05/21/2021 | $301.00 | 27297820157 | 06/17/2021 | $301.00 | 27297843221 |
| 07/13/2021 | $301.00 | | 08/16/2021 | $301.00 | | 10/04/2021 | $301.00 | |
| 10/19/2021 | $301.00 | | 11/16/2021 | $301.00 | | 01/03/2022 | $301.00 | |
| 01/18/2022 | $301.00 | | 02/15/2022 | $301.00 | | 04/18/2022 | $301.00 | |
| 05/23/2022 | $301.00 | | 06/13/2022 | $301.00 | | 07/21/2022 | $301.00 | |

**Total Receipts for the Period: $4,515.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $8,777.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Terracino M King | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | UNITED STATES TREASURY (IRS) »» 01P | Priority Crediors | $2,034.14 | $2,034.14 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS) »» 01U | Unsecured Creditors | $423.00 | $0.00 | $423.00 |
| 3 | M&T BANK »» 002 | Mortgage Arrears | $11,328.67 | $3,546.37 | $7,782.30 |
| 4 | CAVALRY SPV INVESTMENTS LLC »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | ASHLEY FUNDING SVCS LLC »» 004 | Unsecured Creditors | $24.47 | $0.00 | $24.47 |
| 6 | CITY OF PHILADELPHIA (LD) »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | MICHAEL A COHEN | Attorney Fees | $2,450.00 | $2,450.00 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-10261-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $8,777.00 | Current Monthly Payment: | $301.00 |
| Paid to Claims: | $8,030.51 | Arrearages: | $287.00 |
| Paid to Trustee: | $746.49 | Total Plan Base: | $18,094.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.