United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Terracino M King  
    Debtor

Case No. 20-10261-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jan 11, 2023      Form ID: pdf900      Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terracino M King, 857 N Camac Street, Philadelphia, PA 19123-1811 |
| 14452488 | + | Andrew Marley, Esquire, 1581 Main St, Suite 200, Warrington, PA 18976-3403 |
| 14452489 | + | Copit Plastic Suregery Ass, 840 Walnut St, 15th FL, Philadelphia, PA 19107-5109 |
| 14452492 | + | Jefferson Health, 833 Chestnut St, Ste 115, Philadelphia, PA 19107-4401 |
| 14557650 | + | M&t Bank, c.o Daniel P. Jones, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14452494 | + | Nehemiah HOA, c/o Danella Realty, PO Box 65941, Phoenix, AZ 85082-5941 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 12 2023 00:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 12 2023 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14487400 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2023 00:28:18 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14509984 | | Email/Text: megan.harper@phila.gov | Jan 12 2023 00:24:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14486221 | + | Email/Text: bankruptcy@cavps.com | Jan 12 2023 00:24:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14452490 | | Email/Text: rj@ffcc.com | Jan 12 2023 00:24:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 14452491 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 12 2023 00:24:00 | Internal Revenue Services, Bankruptcy Dept, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14452493 | | Email/Text: camanagement@mtb.com | Jan 12 2023 00:24:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14485503 | | Email/Text: camanagement@mtb.com | Jan 12 2023 00:24:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14634511 | ^ | MEBN | Jan 12 2023 00:22:28 | U.S. Bank National Association, as Trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14452495 | + | Email/Text: ECMCBKNotices@ecmc.org | Jan 12 2023 00:24:00 | U.S. Department of Education, Ecmc/Bankruptcy, |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 11, 2023 | Form ID: pdf900 | Total Noticed: 18

| | | | Po Box 16408, Saint Paul, MN 55116-0408 |
|---|---|---|---|
| 14452496 | ^ MEBN | Jan 12 2023 00:22:21 | Waypoint Resource Group, Attn: Bankruptcy, 301 Sundance Pwy, Round Rock, TX 78681-8004 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14509985 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Terracino M King brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Bayview Financial Mortgage Pass-Through Trust 2005-D, Mortgage Pass-Through Cer bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DANIEL P. JONES | on behalf of Creditor M&T BANK djones@sterneisenberg.com bkecf@sterneisenberg.com |
| MICHAEL ADAM COHEN | on behalf of Debtor Terracino M King mcohen1@temple.edu |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Bayview Financial Mortgage Pass-Through Trust 2005-D, Mortgage Pass-Through Cer mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>  Terracino M King<br><br><br>  Debtor | Chapter 13<br><br>Bankruptcy No. 20-10261-AMC |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Date: January 11, 2023

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE