**Fill in this information to identify the case:**

Debtor 1      Terracino M King aka Tina King fka Tina Caldwell

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Eastern District of Pennsylvania
                                                                                                   (State)

Case number    20-10261-amc

---

Official Form 410S1

# Notice of Mortgage Payment Change          12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**    M&T Bank c/o M&T Bayview          **Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account:    0368

**Date of payment change:**
Must be at least 21 days after date of this notice      12/01/2020

**New total payment:**      $ 562.56
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes.    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
_____

     **Current escrow payment:**      $ 306.47    **New escrow payment:**      $ 307.93

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No
☐ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
_____

     **Current interest rate**      _____%    **New interest rate:**    _____%

     **Current principal and interest payment:** $ _____    **New principal and interest payment:** $_____

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes.    Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*
     Reason for change: _____
     **Current mortgage payment:** $ _____      **New mortgage payment:** $ _____

| Debtor 1 | Terracino M King aka Tina King fka Tina Caldwell | Case number (*if known*) 20-10261-amc |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

/s/Daniel P. Jones
Signature

Date November 5, 2020

Print:   Daniel P. Jones, Bar ID# 321876
         First Name    Middle Name    Last Name

Title: Attorney for Creditor

Company   Stern & Eisenberg, P.C.

Address   1581 Main Street, Suite 200 The Shops at Valley Square
          Number    Street

          Warrington, PA 18976
          City                State    ZIP Code

Contact phone 215-572-8111        Email  djones@sterneisenberg.com

# **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Payment Change was served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date to the following:

DATE:    <u>November 5, 2020</u>

| | |
|---|---|
| Michael Adam Cohen<br>2113 Snyder Ave<br>Philadelphia, PA 19145<br>mcohen1@temple.edu<br>**Counsel for Debtor** | Scott F. Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606<br>ECFMail@ReadingCh13.com<br>**Bankruptcy Trustee** |

U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Terracino M King aka Tina King fka Tina Caldwell
857 N Camac Street
Philadelphia, PA 19123
**Debtor(s)**

                     <u>/s/ Daniel P. Jones</u>
                By:  Daniel P. Jones, Bar No: 321876
                    Stern & Eisenberg, P.C.
                    1581 Main Street, Suite 200
                    The Shops at Valley Square
                    Warrington, PA 18976
                    djones@sterneisenberg.com
                    Phone: 215-572-8111
                    Fax: (215) 572-5025
                    Counsel for Movant

REPRESENTATION OF PRINTED DOCUMENT

# M&T Bank

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT**

RETURN SERVICE ONLY
Please do not send mail to this address
P.O. Box 619063
Dallas, TX  75261-9063

TERRACINO M CALDWELL
857 N CAMAC ST
PHILADELPHIA PA 19123-1811

### Contact Us

| | |
|---|---|
| Customer Service: | 1-800-411-7627 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |
| Home Purchase or Refinancing: | 1-800-479-1992 |

NMLS #381076

**Correspondence Address:**
PO BOX 1288
BUFFALO, NY  14240-1288

https://onlinebanking.mtb.com

Loan Number:
Property Address: 857 N CAMAC ST
PHILADELPHIA PA, 19123
Statement Date: 10/14/20

Dear Customer,

As your mortgage partner, we strive to exceed your servicing expectations. We are providing you with the following review which details your escrow account activity. Please refer to our Frequently Asked Questions, page 4, or call one of the appropriate customer service numbers referenced above with any questions or concerns.

**Based on our review, you have too much money in your escrow account. Your payment is changing.**

This surplus was caused by changes in your taxes, insurance or escrow payments. Your Account History, page 2, shows what has already happened on your account. To see what we anticipate happening with your account over the next 12 months, turn to Projected Escrow Payments, page 3.

## Your Mortgage Payment Options

**As a result of this review, we have determined your payment amount will change.**

| Payment Information | Current Monthly Payment | New Monthly Payment for 12/01/2020 |
|---|---|---|
| Principal & Interest: | $254.63 | $254.63 |
| Escrow  Payment: | $306.47 | $307.93 |
| Other: | -$39.85 | $0.00 |
| **Total Payment:** | **$521.25** | **$562.56** |

INTERNET REPRINT

The escrow surplus will be refunded to you under separate cover within the next few weeks, provided that all of your payments are presently up-to-date. Once you become current, please contact us to request a refund.

## Your Account History**

By comparing the actual escrow activity with the previous projections listed, you can determine where a difference may have occurred. If you have any questions about this statement, please call our Customer Service Department toll free at 1-800-411-7627.

| Month | Projected Payment to Escrow | Actual Payment to Escrow | Description | Projected Disbursement | Actual Disbursement | Projected Balance | Actual Balance |
|---|---|---|---|---|---|---|---|
| | | | Beginning Balance | | | $2,532.06 | -$3,448.28 |
| Feb 20 | $306.47 | * | City/Village | $2,225.59 | * | $612.94 | -$3,448.28 |
| Mar 20 | $306.47 | $825.69 * | | | | $919.41 | -$2,622.59 |
| Apr 20 | $306.47 | * | | | | $1,225.88 | -$2,622.59 |
| May 20 | $306.47 | $275.23 * | | | | $1,532.35 | -$2,347.36 |
| Jun 20 | $306.47 | $306.47 | | | | $1,838.82 | -$2,040.89 |
| Jul 20 | $306.47 | * | | | | $2,145.29 | -$2,040.89 |
| Aug 20 | $306.47 | $612.94 * | | | | $2,451.76 | -$1,427.95 |
| Sep 20 | $306.47 | * | Hazard Ins | | $1,446.00 * | $2,758.23 | -$2,873.95 |
| Oct 20 | $306.47 | $3,597.94 * | Hazard Ins | $1,452.00 | * | $1,612.70 | $723.99 |
| Nov 20 | $306.47 | $306.47 | | | | $1,919.17 | $1,030.46 |

The total amount of escrow payments received during this period was $5,924.74 and the total escrow disbursements were $1,446.00.

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount of the deposit/disbursement.
** This section may also reflect anticipated escrow activity that has not yet occurred prior to the effective date of this analysis.

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

## Projected Escrow Payments Over the Next 12 Months

**Anticipated Annual Disbursements**

| | |
|---|---|
| City Tax: | $2,249.16 |
| Hazard Ins: | $1,446.00 |
| Total: | $3,695.16 |

The cushion allowed by federal law (RESPA) is two times your monthly escrow payment (excluding MIP/PMI), unless state law specifies a lower amount.

**Projected Escrow Balance Summary**

M&T Bank expects to pay $3,695.16 over the next 12 months.

Here's how to calculate your new monthly escrow payment:

| | |
|---|---|
| Total Taxes and Insurance: | $3,695.16 |
| Divided by 12 months: | $307.93 |
| New Monthly Escrow Payment: | $307.93 |

Projections for the coming year: The following summary shows anticipated activity in your escrow account for the next twelve months, which was used to calculate your payment above.

| Month | Monthly Escrow Payment | Amount Scheduled to be Paid | Description | Projection Based On Current Balance | Projection Based On Required Balance |
|---|---|---|---|---|---|
| | | | Beginning Balance | $1,030.46 | $1,941.23 |
| Dec 20 | $307.93 | | | $1,338.39 | $2,249.16 |
| Jan 21 | $307.93 | | | $1,646.32 | $2,557.09 |
| **Feb 21** | **$307.93** | **$2,249.16** | **City/Village** | **-$294.91** | **$615.86** |
| Mar 21 | $307.93 | | | $13.02 | $923.79 |
| Apr 21 | $307.93 | | | $320.95 | $1,231.72 |
| May 21 | $307.93 | | | $628.88 | $1,539.65 |
| Jun 21 | $307.93 | | | $936.81 | $1,847.58 |
| Jul 21 | $307.93 | | | $1,244.74 | $2,155.51 |
| Aug 21 | $307.93 | | | $1,552.67 | $2,463.44 |
| Sep 21 | $307.93 | | | $1,860.60 | $2,771.37 |
| Oct 21 | $307.93 | $1,446.00 | Hazard Ins | $722.53 | $1,633.30 |
| Nov 21 | $307.93 | | | $1,030.46 | $1,941.23 |

**Escrow Requirements, New Mortgage Payment and Anticipated Annual Disbursements**

| | |
|---|---|
| Projected Beginning Balance | $1,030.46 |
| -Required Minimum Balance | $1,941.23 |
| Escrow Surplus Amount | $85.33 |

Your lowest monthly escrow balance for the next 12 months should reach $615.86, which equals a total of two months escrow payment. To reach this balance, your required escrow amount after your 11/20 payment should be $1,941.23, whereas your actual escrow balance is $1,030.46. The difference, $85.33, represents an escrow surplus.

This amount will be refunded to you under separate cover within the next few weeks ONLY if your payments are up-to-date as of the date of the analysis. If your payments are not up-to-date at the time of analysis, you are entitled to have the available surplus refunded to you when you account is current. At that time, please send your written request to M&T Bank, ATTN: Escrow Department P.O. Box 1288, Buffalo, NY 14240-1288.

**This has been adjusted for the bankruptcy proof of claim.

## Mortgagor Guide to Frequently Asked Escrow Analysis Questions (FAQ Document)

- **What is an escrow analysis and why am I receiving this document?**
  Federal mortgage laws require all mortgage lenders to perform an escrow analysis on all loans minimally once a year.  As a result, M&T Bank conducts an escrow analysis accordingly. The analysis is a calculation of your escrowed items – when they are due, the frequency of pay (annually, semi-annually, and quarterly) and the amount of the payment.  This then determines if we are over collecting, under collecting or accurately collecting funds to make these payments on your behalf.
  There are several reasons why an off-cycle analysis is performed.  Common reasons include: loan is acquired or transferred, customer request (new exemption or adjusted bill issued), change in insurance or tax due dates.

- **What is an escrow account?**
  An escrow account is an account set inside your mortgage account.  On a monthly basis funds you remit are placed in the account, held and when the time comes, paid to your tax and/or insurance agency.  A full accounting of these funds appears on the following statements: monthly mortgage statement, year-end statement and your escrow analysis statement. Typically the payments made are to your real estate tax municipalities and insurance agent.  Other payments may be made according to your mortgage agreement.

- **What is an escrow payment?**
  The portion of your monthly payment remitted which is held and then used to pay your escrowed items as they become due.

- **How do you determine the required beginning escrow balance?**
  The portion of your monthly payment remitted which is held and then used to pay your escrowed items as they become due.

- **What is an escrow reserve also known as a cushion?**
  An escrow reserve also known as a cushion is the amount of money collected in the escrow to cover any unanticipated increases in your real estate tax or insurance premium payment.  It acts as a buffer and prevents your escrow account from being overdrawn.  An escrow reserve exists on your account unless your mortgage documents or state law applies.

- **How is an escrow analysis completed?**
  We itemize all applicable disbursements such as the real estate property tax and insurance premium which are scheduled to be paid on your behalf in the next 12 months.  We take the total and divide the payment by 12 payments.  The total amount of the disbursements divided by 12 is equal to your monthly escrow payment.

- **Will my escrow payment amount remain the same if I remit the entire shortage amount at once?**
  By paying the full shortage amount this will result in an adjustment to your account which will result in a payment with the smallest possible increase in your monthly mortgage payment. It's important to keep in mind any increase in your real estate tax amounts and/or insurance premium may cause your payment amount to change even if you pay your shortage amount.

- **If I would like to remit the shortage payment, what steps do I need to take?**
  You may pay the entire shortage amount by returning the shortage coupon attached to the bottom of page 1 of your escrow analysis along with your check to: M&T Bank, Escrow Department, PO Box 64787, Baltimore, MD 21264-4787

- **What if I do not remit the shortage payment?**
  If you do not wish to remit the entire shortage payment in one lump sum, you can instead remit the new payment amount over the next 12 months.  The escrow analysis calculation automatically spreads the shortage amount over the next 12 months.

- **Why did my monthly escrow payment amount change?**
  There are a number of reasons why escrow payment amounts change.  Below are the most common reasons why the amount may change:
  **Real Estate Tax –**
  Tax rate and/or property's assessed value changed
  Tax exemption status added, changed or removed
  The payment of a supplemental tax bill or delinquent tax paid from escrow
  New tax requirement
  Tax(es) paid as a result of non-payment
  **Insurance Premium(s) –**
  Premium rate changed
  Coverage changed
  Additional premium paid but not anticipated to be paid from escrow, such as change in carrier
  New insurance requirement
  Lender paid insurance from escrow
  Flood insurance map changed
  **Payments –**
  Monthly payments received were a different amount than what was expected. For example:
  - The monthly payments received were less than the amount requested, shorting the funding of escrow
  - Previous escrow shortage amount was not paid in full before new analysis

- **Information Regarding Insurance –**
  Hazard insurance, also referred to as homeowner's insurance, is an insurance policy purchased to protect your property from certain hazards such as fire and theft. Policy coverage may vary. See your insurance policy information for details regarding your specific coverage(s).
  If you decide to change your insurance carrier, send the new policy information to: M&T Bank, Its Successors and/or Assigns, PO Box 5738, Springfield, Ohio 45501-5738
  Fax: 866-410-9956
  Additional questions can be directed to 888-882-1847.

- **Information Regarding Real Estate Tax Bills –**
  Where to mail your tax bill:

    M&T Bank
    PO Box 23628
    Rochester, NY 14692-9813
    FAX: 817-826-0675

Equal Housing Lender. ©2016 M&T Bank. Member FDIC. CS13075 (7/16)    mtb.com